No. 23-14044-E

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

Appellant,

v.

CABLE NEWS NETWORK, INC.,

Appellee.

On Appeal from the United States District Court
for the Southern District of Florida

APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF

RICHARD C. KLUGH, ESQ.
Counsel for Appellant
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Brito, Alejandro

Bryan Cave Leighton Paisner LLP

Cable News Network, Inc.

Edison, Eric C.

Gunster, Yoakley & Stewart, P.A.

Halligan, Lindsey

Ifrah Law PLLC

Klugh, Richard C.

LeMieux, George S.

Schroeder, Eric. P.

Singhal, Hon. Raag

Trusty, James M.

Underwood, Jr., Brian M.

Valle, Hon. Alicia O.

Warner Bros. Discovery, Inc. (Nasdaq: WBD)

# APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Appellant President Donald J. Trump, by and through counsel and pursuant to 11th Cir. R. 31-2(d), respectfully moves to extend by 27 days the time to file his reply brief. The circumstances of the case and the interest of justice warrant granting the requested relief.

1. Appellant's reply brief is due to be filed on August 19, 2024. Appellee's answer brief, addressing claims relating to broadcast and internet transmissions occurring over the course of more than one year, concern factually and legally complex and, in part, first impression, issues raised by the district court's rulings relating to dismissal of Appellant's complaint. The answer brief is very extensive, approximately 12,000 words in length, with citations to approximately 80 cases and other authorities, including lengthy treatises, books, monographs, articles, and correspondence. Appellant has previously been granted two 30-day extensions. Appellant requests this final extension of time owing to the significant additional review and research necessary to compose a comprehensive reply to Appellee's brief and due to schedule conflict factors.

2. Counsel's conflicting schedule demands support the extension request. Counsel faces briefing deadlines in criminal appeals in *United States v. Golestan*, 4th Cir. No. 23-4583(due August 16, 2024), and *United States v. Gatta*, 11th Cir. No. 24-10631 (due August 16, 2024). Counsel faces a final deadline for post-trial motions in *United States v. Rene*, S.D. Fla. No. 24-cr-20267, on August

15, 2024. Counsel faces sentencing objection filing deadlines on August 19, 2024 in *United States v. Polit*, S.D. Fla. No. 22-cr-200114, as well as in the *Rene* case. Counsel is set for three hearings in state and federal courts from August 14, 2024 to August 23, 2024, including evidentiary proceedings in *United States v. Sheppard*, S.D. Fla. No. 22-cr-20290, and counsel faces multiple briefing or certiorari deadlines in other appeals in this Court between August 23 and September 6, 2024, including: 11th Cir. Nos. 21-12352, 23-11322, 23-12282, 22-13312, 22-13410, 22-14099, 23-10387, 23-13177, 23-13292, and 24-11161.

3. The interests of justice and judicial economy will be served by permitting this extension of time, particularly given the unique and complex issues involved in this appeal. Appellant therefore requests a final 27-day extension of time to file his opening brief.

4. Counsel for the Appellee in this case, Eric P. Schroeder, has authorized the undersigned to represent that the Appellee takes no position regarding the relief sought by this motion.

WHEREFORE, Appellant respectfully requests that this Court grant a 27-day extension of time to file the reply brief, such that the brief will be due on September 16, 2024.

Respectfully submitted,

  s/ Richard C. Klugh
Richard C. Klugh, Esq.
RICHARD C. KLUGH, P.A.
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191
rklugh@klughlaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 445 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

  s/ Richard C. Klugh
Richard C. Klugh, Esq.