# No. 23-14044-E

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DONALD J. TRUMP,

Appellant,

v.

CABLE NEWS NETWORK, INC.,

Appellee.

On Appeal from the United States District Court
for the Southern District of Florida

APPELLANT'S UNOPPOSED SECOND MOTION TO
EXTEND TIME TO FILE REHEARING PETITION

RICHARD C. KLUGH, ESQ.
Counsel for Appellant
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191

**APPELLANT'S UNOPPOSED SECOND MOTION TO
EXTEND TIME TO FILE REHEARING PETITION**

Appellant President Donald J. Trump, by and through counsel, respectfully moves to further extend, by 30 days, the time for filing of a rehearing petition.

1.    The present due date for the filing of a petition for rehearing or rehearing en banc in this appeal is January 8, 2026.  One prior 30-day extension of time has been granted by the Court.  Counsel have sought to complete the work necessary regarding the filing of a rehearing petition, but due to multiple scheduling conflict factors, including those relating to the schedule of the Appellant with whom counsel must confer prior to proceeding with the petition, this second motion for extension time should be granted in the interest of justice.

2.    Granting the requested extension of time will afford counsel an opportunity to address with the Appellant considerations relevant to the filing of petition for rehearing in this appeal.  The requested extension of time is also sought in light of counsel's conflicting schedule demands, including counsel's need to prepare for oral argument in this Court on January 15, 2025, in *United States v. Schouest*, No. 24-12162, for which additional filings are anticipated in light of a pre-argument notice by the Court.  Counsel must also file the initial brief in *United States v. Polit*, No. 24-13432, on January 14, 2025, and the reply brief in *Egan v. Alabama*, No. 25-10973, on January 16,  2025.  Counsel is also attempting to complete work on the initial brief set to be filed on December 31, 2025, in Florida's Third District Court of Appeal in *Jaar v. Terabank*, 3D25-2071.  Granting the requested extension

of time, anticipated to be the final request, will permit the significant additional review and consultation necessary to determine questions relevant to the filing of any rehearing petition.

3.      Counsel for the Appellee in this case, Eric Schroeder, has authorized the undersigned to represent that the Appellee does not oppose the relief sought by this motion for extension of time. The interests of justice and judicial economy will be served by permitting this extension of time.

WHEREFORE, Appellant respectfully requests that this Court grant a 30-day extension of time to file a petition for rehearing, such that the petition will be due on February 9, 2026.

<div style="margin-left: 40%;">
Respectfully submitted,

  s/ Richard C. Klugh
Richard C. Klugh, Esq.
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191
Rklugh@klughwilson.com
</div>

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 385 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

<div style="margin-left: 40%;">
  s/ Richard C. Klugh
Richard C. Klugh, Esq.
</div>