In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-14044
_____

DONALD JOHN TRUMP,

*Plaintiff-Appellant,*

*versus*

CABLE NEWS NETWORK, INC.,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:22-cv-61842-AHS

_____

ON PETITION FOR REHEARING AND PETITION FOR
REHEARING EN BANC

Before JORDAN, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. FRAP 40, 11th Cir. IOP 2.